No. 99-8217. OLIVER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99-8222. WHITE v. EBIE. C. A. 6th Cir. Certiorari denied.

No. 99-8258. VANDENBURGH v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 99-8259. HOLGUIN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99-8269. HARTMAN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99-8279. ELIZONDO ALVAREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99-8301. CAMERON v. FERRARA ET AL. Sup. Ct. Va. Certiorari denied.

No. 99-8323. BRUMETT v. OHIO. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 99-8343. RAMON-PEREZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99-8355. HASHISAKI v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99-8359. FERRER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99-8362. FLOREZ HERNANDEZ v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99-8363. GRAVES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99-8364. HAYNES v. ILLINOIS ET AL. C. A. 7th Cir. Certiorari denied.

No. 99-8368. O'TOOLE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.